IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR208-1 |
| | : | |
| ALEXANDER HILLEL TREISMAN, | : | |
| also known as Alexander S. Theiss | : | |

The Grand Jury charges:

On or about May 28, 2020, in the County of Cabarrus, in the Middle District of North Carolina, ALEXANDER HILLEL TREISMAN, also known as Alexander S. Theiss, did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including

by computer; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

DATED: June 22, 2020

MATTHEW G.T. MARTIN
United States Attorney

_____
BY: GRAHAM T. GREEN
Assistant United States Attorney

_____
BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON