IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | 1:20CR208-1 |
|---|---|---|
| v. | : | |
| ALEXANDER HILLEL TREISMAN, also known as Alexander S. Theiss | : | MOTION TO WITHDRAW ARREST WARRANT |

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and states as follows:

Pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure, an arrest warrant was issued pursuant to a Complaint filed June 4, 2020, against the above-named defendant. An Indictment was filed on June 22, 2020, with a subsequent arrest warrant being issued pursuant to the Indictment on June 25, 2020. Since an arrest warrant had already been issued, the subsequent arrest warrant is unnecessary.

Wherefore, the government hereby moves to withdraw the arrest warrant issued on June 25, 2020, against the above-named defendant.

This the 26th day of June, 2020.

        MATTHEW G.T. MARTIN
        United States Attorney


        /S/ GRAHAM T. GREEN
        Assistant United States Attorney
        NCSB #22082
        United States Attorney's Office
        Middle District of North Carolina
        251 N. Main Street, Ste 726
        Winston-Salem, NC 27101
        336/631-5268

        /S/ CRAIG M. PRINCIPE
        Assistant United States Attorney
        NCSB #44720
        United States Attorney's Office
        Middle District of North Carolina
        251 N. Main Street, Ste 726
        Winston-Salem, NC   27101
        336/631-5268