AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>ALEXANDER HILLEL TREISMAN<br>also known as Alexander S. Theiss<br>Defendant | ) ) ) ) ) ) ) | Case No. 1:20CR208-1 |

FILED JUL -2 2020 Clerk U.S. District Court Greensboro, NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEXANDER HILLEL TREISMAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possess child pornography in violation of 18:2252A(a)(5)(B) and (b)(2)

***THE UNITED STATES ATTORNEY REQUESTS A DETENTION HEARING***

Date: 06/25/2020

City and state: Greensboro, North Carolina

John S. Brubaker, Clerk
*Issuing officer's signature*

/s/Leah J. Garland, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

RECEIVED
JUN 2 5 2020
U.S. Marshals Service, M/NC

warrant returned
*Arresting officer's signature*

unexecuted
*Printed name and title*