# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:20CR208-1 |
| | ) |
| ALEXANDER HILLEL TREISMAN | ) |
| Defendant | ) |

FILED
in the Middle District of North Carolina
**September 18, 2020**
**11:44 am**
Clerk, US District Court
By: ___ kg ___

## ORDER SCHEDULING AN ARRAIGNMENT AND DETENTION HEARING

An arraignment and detention hearing in this case is scheduled before Magistrate Judge Joe L. Webster as follows:

| Place: | U.S. District Court<br>323 E. Chapel Hill Street<br>Durham, NC | Courtroom No.: | Second Floor |
|---|---|---|---|
| | | Date and Time: | Friday September 25, 2020 at 10:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Sept. 18, 2020

_Joe L. Webster_
Judge's signature

Joe L. Webster, United States Magistrate Judge
Printed name and title