IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| v. | : | 1:20CR208-1 |
| ALEXANDER HILLEL TREISMAN, also known as Alexander S. Theiss | : | |

The Grand Jury charges:

## COUNT ONE

On or about May 28, 2020, in the County of Cabarrus, in the Middle District of North Carolina, ALEXANDER HILLEL TREISMAN, also known as Alexander S. Theiss, did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images that involved a prepubescent minor and a minor who had not attained 12 years of age, which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

On or about May 27, 2020, in the County of Cabarrus, in the Middle District of North Carolina, ALEXANDER HILLEL TREISMAN, also known as Alexander S. Theiss, did knowingly transport using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), from the State of South Carolina to the State and Middle District of North Carolina; in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT THREE

On or about May 28, 2020, in the County of Cabarrus, in the Middle District of North Carolina, ALEXANDER HILLEL TREISMAN, also known as Alexander S. Theiss, did knowingly transport using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), from the State of

South Carolina to the State and Middle District of North Carolina; in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

DATED: September 28, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: GRAHAM T. GREEN
Assistant United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

FOREPERSON