# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

ALEXANDER HILLEL TREISMAN
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:20-cr-00208-UA-1

| **Presiding Judge** | | | **Plaintiff's Attorney** | | **Defendant's Attorney** |
|---|---|---|---|---|---|
| Judge Webster | | | Craig Principe, AUSA | | Samuel Randall; Laura Cobb |
| **Hearing Date:** | | | **Court Reporter** | | **Courtroom Deputy** |
| 10/2/2020 | | | Proceedings Recorded | | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/2/2020 | | | Special Agent, Aaron Seres (witness) |
| X | | 10/2/2020 | | | Task Force Officer, Addison Friedman (witness) |
| 1 | | | 10/2/2020 | 10/2/2020 | Slide Presentation |
| 2 | | | 10/2/2020 | 10/2/2020 | Thumb drive; Audio/Video clips related to Exhibit No.1 |