IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | 1:20CR208-1 |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER HILLEL TREISMAN, | ) | **MOTION TO WITHDRAW AS** |
| | ) | **ATTORNEY OF RECORD** |

    **NOW COMES** Laura M. Cobb, attorney with The Olsinski Law Firm, and hereby moves the Court that she be permitted to withdraw as counsel of record for Defendant.

    In support of this motion, counsel states:

1. That Defendant has also retained attorney Samuel Randall as his defense attorney in this matter.

2. That Defendant now desires to have only one defense attorney in this matter, namely Mr. Randall.

3. That this Motion is not made for the purposes of delaying the proceedings in this matter.

4. That Mr. Randall and the Government have been contacted regarding this Motion and do not object to my withdrawal as attorney of record in this matter.

    **WHEREFORE**, counsel for Defendant hereby moves that she be permitted to withdraw as counsel of record herein and be relieved of further professional responsibility in the matter.

    This the 19TH day of October, 2020

                                                                By:   /s/ LAURA M. COBB
                                                                           Laura M. Cobb
                                                                           Olsinski Law Firm, PLLC
                                                                           Attorney for Defendant
                                                                           N.C. Bar No. 41166
                                                                           Olsinski Law Firm, PLLC
                                                                           67 Cabarrus Avenue West
                                                                           Concord NC 28025

Phone: (704) 918-4747  
Fax: (704) 769-2283  
Email: laura@jcolaw.com

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served on the parties and counsel of record by submitting it to the Court for electronic notice via CM/EFC.

      CRAIG M. PRINCIPE
      U. S. ATTORNEY'S OFFICE
      251 N. MAIN ST., STE. 726
      WINSTON-SALEM, NC 27101
      336-747-7519
      Email: craig.principe@usdoj.gov

      GRAHAM TOD GREEN
      U. S. ATTORNEY'S OFFICE
      251 N. MAIN ST., STE. 726
      WINSTON-SALEM, NC 27101
      336-631-5268 x3003
      Fax: 336-631-5049
      Email: graham.green@usdoj.gov

      SAMUEL J. RANDALL, IV
      RANDALL & STUMP, PLLC
      2125 SOUTHEND DRIVE
      SUITE 253
      CHARLOTTE, NC 28203
      Telephone: (980) 237-4579
      Facsimile: (980) 209-0029
      E-Mail: Sam@RandallStump.com

This the 19TH day of October, 2020

                        By:    /s/ LAURA M. COBB
                                  Laura M. Cobb