KANNAPOLIS POLICE DEPARTMENT
PROPERTY OWNER TOW REQUEST

☐ Owner
☐ Lessee
☒ Occupant

Date of Request: 05/28/2020

Name of Requestor: Crystal Leann Wright
Street Address: 606 S Main St.
City, State, & ZIP: Kannapolis, NC, 28081
Telephone Number: 704-934-3500

I, Crystal Wright, in accordance with N.C. General Statutes 20-137.9; 20-162; 20-219.2; or 20-219.3, request that the Kannapolis Police Department take appropriate and necessary actions to remove a:

2006 Ford F-350 Van
(Description of Vehicle)

from my property located at: 606 S Main St.

It is understood that in making this request that the Kannapolis Police Department and/or the City of Kannapolis, NC will not assume liability for any expense or loss incurred by reason of removal, storage, or sale of this vehicle.

*Crystal R. Wright*
(Signature of Owner/Lessee/Occupant)

KPD-133
(Rev. 7/05)