IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR208-1 |
| | : | |
| ALEXANDER HILLEL TREISMAN, | : | |
| also known as Alexander S. Theiss | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

On May 28, 2020, police officers with the Kannapolis Police Department ("KPD") responded to a call for service at the Kannapolis branch of the Fifth Third Bank, located at 606 S. Main Street, Kannapolis, North Carolina in Cabarrus County. A bank employee had contacted KPD about two vehicles that had apparently been left in the bank parking lot. The owners were not present. One vehicle, a white Ford van with an expired California tag, had been left in the bank's parking lot since at least 4:00 p.m. the day prior. KPD officers could observe through the front windows of the Ford van that there was an assault rifle leaning against the back of a front seat. The rifle had a scope and an extended magazine. The officers also saw a box for a Taurus .380

handgun, a box of 5.56mm ammunition, a large plastic container of Tannerite,[1] and unknown pills in the front passenger area of the van.

KPD officers ran the license plate information for the tag affixed to the van but were unable to obtain information about a registered owner. Additionally, they were not able to confirm if the Vehicle Identification Number ("VIN") for the vehicle associated with the expired license plate actually matched the van's VIN since the VIN was covered by hotel paperwork and therefore could not be seen from outside the van.

KPD officers determined that the van was unsecured, possibly abandoned, and contained what appeared to be firearms in the front and rear cabin compartments. KPD officers spoke with the bank manager, who requested that the van be towed from the parking lot. The KPD contacted a tow company to tow the van and KPD officers began making an inventory of valuable items inside the van prior to it being towed. The officers found several firearms, books about survival, bomb making, and improvised weapons, numerous electronic devices, a drone, and a large amount of cash banded and sealed in bank bags, estimated to be several hundred thousand dollars.[2]

---

[1] Tannerite is a binary explosive often used by target shooters. When its binary components are mixed, Tannerite becomes an explosive material. Thus, it is popular among target shooters because it produces an explosion and smoke when hit by a bullet. Tannerite is legal to own and transport in its unmixed form, however, when mixed it can be dangerous depending upon how it is used.
[2] Treisman later told JTTF Investigators the cash was his inheritance from his

2

Case 1:20-cr-00208-WO   Document 48   Filed 03/08/21   Page 2 of 12

After the van had been towed from the bank's parking lot, Treisman returned to the bank driving a green Honda Accord at approximately 3:17 p.m., pulled into the bank's drive-thru teller lane, and inquired about his missing van. The bank contacted KPD and informed them that the owner of the van had returned to the bank. KPD officers responded to the bank and encountered Treisman waiting in the green Honda, which was still in the drive-thru teller lane. The officers ordered Treisman out of the Honda.

A subsequent search of the Honda resulted in the recovery of two firearms and a Lenovo IdeaPad 320 laptop computer. KPD officer also located Treisman's wallet in the cupholder between the seats. In addition to other items, the wallet contained the following, each with a photograph of Treisman:

1. State of Washington Identification Card for Alexander Hillel Treisman, with date of birth December XX, 20XX;

2. State of California Driver License, for Alexander Hillel Treisman, with date of birth December XX, 20XX; and

3. State of Florida Driver License, for Alexander S. Theiss, with date of birth March XX, 19XX.[3]

---

father. FBI agents confirmed through Treisman's mother that he received a sizable inheritance. FBI agents spoke with employees of a bank in Long Beach, California and confirmed Treisman withdrew the money in cash on or about January 10, 2020.

[3] The Florida Driver License displayed a star in the upper right-hand corner purporting to be Real ID compliant. JTTF Investigators contacted the Florida

KPD officers took Treisman into custody and transported him to the Kannapolis Police Department. Treisman's Samsung S9 cell phone was seized from Treisman's right front pants pocket. Later it was learned that this phone contained child pornography on it.

KPD notified FBI agents and Task Force Officers with the FBI Charlotte Joint Terrorism Task Force ("JTTF Investigators") of their investigation and the arrest of Treisman based on items of concern found in the van. A FBI Special Agent working with JTTF investigators, obtained a federal search warrant on June 3, 2020 to search Treisman's Samsung S9 cell phone for evidence of violations of possible firearms offenses. While searching the Samsung S9 phone for evidence of those crimes pursuant the warrant, JTTF investigators observed images of child pornography.

### Search of Treisman's Samsung S9 Cell Phone

Another FBI Special Agent then obtained a federal search warrant on June 4, 2020 to search Treisman's Samsung S9 cell phone for evidence of child pornography. The search of the Samsung S9 phone pursuant to this warrant revealed hundreds of images of child pornography.

An FBI Special Agent then obtained a federal search warrant on June 8, 2020, to obtain cellular location data from Sprint, the cellular service provider

---

Department of Law Enforcement and learned the Driver License is counterfeit.

for Treisman's Samsung S9 cell phone. A search of this cell location data showed Treisman's Samsung S9 cell phone crossing state lines in and out of North Carolina on May 27, 2020, and May 28, 2020, and at other times.

An initial review of Treisman's Samsung S9 cell phone for child pornography identified hundreds of images and videos appearing to be sexually explicit images and videos of minors, evidence of possession of child pornography. The following are descriptions of a sample of the images and videos observed on the device:

> 1. File name 15306166217.jpg, file path \sdcard\Download\Download\Download\Porn: Depicts a female, appearing to be approximately 12 years old, naked and laying on a bed. The female's arms are across her torso, tied together at the wrist. Belts are individually wrapped around the female's ankles. The female is sitting on a cutting board with her legs spread apart, exposing her genetalia. An object is inserted in the female's anus.
> 2. File name 2019-03-26 22.34.35.jpg, file path \sdcard\MEGA\MEGA Downloads\file 10\new card load: Depicts a naked female, appearing to be approximately four years old. The female is on her hands and feet and looking at the camera. The female is being penetrated in the anus by an adult penis.

5

3. File name VID-20161114-WA0018.mp4, file path \sdcard\MEGA\MEGA Downloads\7: Depicts a female, appearing to be approximately seven years old. The female is naked from the waist down and is laying on her back. The female is penetrated vaginally. At the end of the video, the female has a clear liquid consistent with semen on her face.

Treisman's Samsung S9 also contained text conversations conducted through the Telegram app, which involved a user whose display name was Gamer Gang. FBI investigation substantiated that the Gamer Gang user profile on Telegram was associated with Treisman's wireless telephone number, (206) XXX-0658. Therefore, Treisman is believed to be the user of the Gamer Gang profile on Telegram.

On or about April 3, 2020, Gamer Gang engaged in a text conversation over Telegram with another user. The initial context of the conversation was trading child pornography, but then the context shifted to Gamer Gang discussing an instance in which he allegedly sexually abused a female child (this statement has not been substantiated by the FBI investigation).

A review of Treisman's Samsung S9 phone also revealed that Treisman made an audio recording of himself on April 3, 2020 narrating what he described as his "perfect porn video" which described a pornographic video in

6

which a random car with "two parents and a kid" is hijacked, the parents murdered with a shotgun, and the "kid" raped by a man.

### Search of Treisman's Lenovo Laptop and Other Electronic Devices

Another FBI Special Agent obtained a federal search warrant on July 13, 2020, to search other electronic devices, including the Lenovo IdeaPad 320 laptop computer from Treisman's Honda, as well as numerous other devices from Treisman's Ford van, for evidence of child pornography. A search of the Lenovo laptop and other devices pursuant to this warrant revealed hundreds of additional images of child pornography.

### Summary of the Child Pornography on Treisman's Devices

Several devices were either not reviewed or did not contain child pornography, but an FBI Special Agent did confirm that child pornography was located on not only the Samsung S9, but also the Lenovo laptop, and some other devices from Treisman's van. The FBI Special Agent prepared a report that summarized the totality of the child pornography images located across all devices searched, which totaled approximately 1,248 videos and 6,721 images. Of those, the agent classified approximately 637 as constituting "Child Pornography S&M," which includes:

- Files with children (ranging from pre-pubescent (0-12 years of age) to post-pubescent (12-17 years of age)) involved in torture or other acts falling under the definition of sadism and masochism (S&M);

7

- Files with children (ranging from pre-pubescent (0-12 years of age) to post-pubescent (12-17 years of age)) having pain inflicted upon them to include self-induced;

- Files with children involving bestiality;

- Files with children involving penetration (oral, vaginal, or anal) of pre-pubescent children to include penetration with inanimate objects;

- Files with children being urinated or defecated upon; and

- Files with children involving sensory deprivation (eyes, ears, mouth covered).

### Treisman's Travels Prior to His Arrest

The Sprint cellular location data obtained from the June 8, 2020, search warrant revealed that Treisman's Samsung S9 cell phone departed California on or about April 19, 2020, traveled through Las Vegas, Nevada and Denver, Colorado on April 20, 2020, St. Louis, Missouri on April 22, 2020, Chicago, Illinois on April 24, 2020, and arrived in Fayetteville, North Carolina on April 25, 2020. On approximately April 26, 2020, Treisman shot at a range on Fort Bragg in Fayetteville, North Carolina. Treisman's Samsung S9 then traveled along the east coast from April 27, 2020 to May 5, 2020, traveling through North Carolina, Virginia, Maryland, Pennsylvania, Delaware, Connecticut, Rhode Island, New Jersey, New York, and New Hampshire. Treisman purchased at least one firearm during this period of time, an AR-15 in Concord,

8

New Hampshire on May 2, 2020, which was purchased through a private sale facilitated through Armslist.com.

Treisman returned to Fayetteville, North Carolina on May 5, 2020, and returned to the range at Fort Bragg on May 10, 2020. Then Treisman's Samsung S9 phone traveled to West Virginia on May 11, 2020, to Missouri on May 13, 2020, and then returned to Charlotte, North Carolina on May 18, 2020. JTTF Investigators confirmed he shot at Blackstone Shooting Range the same day in Charlotte, North Carolina. Treisman's Samsung S9 remained in North Carolina and South Carolina with intermittent travel between May 18, 2020, through his arrest on May 28, 2020.

Specifically, the cell location data tended to show that Treisman's Samsung S9 cell phone crossed state lines in and out of North Carolina on May 27, 2020 and May 28, 2020. The phone was in the area of Kannapolis and Concord, North Carolina on the evening of May 27, 2020, before traveling to Fort Mill and Rock Hill, South Carolina on May 27, 2020. The phone was in Rock Hill, South Carolina in the early morning of May 28, 2020 and then traveled to Kannapolis, North Carolina where it was in Treisman's pants pocket when he was detained and then arrested.

9

### **Treisman Downloaded Child Pornography to his Lenovo Laptop at Rock Hill, South Carolina Hotel**

FBI Investigators determined that Treisman stayed at the Staybridge Suites hotel in Rock Hill, South Carolina on the nights of May 26, 2020 and May 27, 2020, under the false name Alexander Theiss. Treisman stayed in two different rooms, under two separate reservations, one for each night. During the FBI's examination of Treisman's Lenovo laptop, an FBI Special Agent determined that on May 28, 2020, the laptop connected to the Wi-Fi at the Staybridge Suites hotel in Rock Hill, South Carolina and was then used to download child pornography to Treisman's Lenovo laptop. That laptop was

with Treisman in his Honda Accord when he returned to the Fifth Third Bank in Kannapolis, North Carolina to retrieve his van on May 28, 2020.

This the 8th day of March, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
ACTING UNITED STATES ATTORNEY


/S/ GRAHAM T. GREEN
Assistant United States Attorney
NCSB #22082
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC  27101
Phone:  336/333-5351


/S/ CRAIG M. PRINCIPE
Assistant United States Attorney
NCSB #44720
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC  27101
Phone:  336/333-5351

11

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR208-1 |
| | : | |
| ALEXANDER HILLEL TREISMAN | : | |

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Samuel J. Randall, IV, Esquire

/S/ GRAHAM T. GREEN
Assistant United States Attorney
NCSB #22082
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC  27101
Phone:  336/333-5351


/S/ CRAIG M. PRINCIPE
Assistant United States Attorney
NCSB #44720
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Ste. 726
Winston-Salem, NC  27101
Phone:  336/333-5351