IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20CR208-1 |
| | ) | |
| ALEXANDER HILLEL TREISMAN | ) | |

**ORDER**

This matter comes before the court upon Defendant's motion to continue sentencing, (Doc. 57), due to Defendant's counsel testing positive for COVID. Having reviewed the motion, with no objections by the Government, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant's motion to continue the sentencing hearing, (Doc. 57), is **GRANTED** and that Defendant's sentencing is hereby rescheduled to September 22, 2021, at 2:00 p.m. in Greensboro Courtroom 1.

This the 31st day of August, 2021.

_____
United States District Judge