UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:20-CR-208-WO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER HILLEL TREISMAN | NOTICE OF APPEARANCE |

I, Daniel M. Blau, hereby give notice to this Court that I have been retained to represent Defendant Alexander Treisman in his forthcoming appeal from the criminal judgment entered against him in this case.

I certify that I have served a copy of this Notice of Appearance upon:

Mr. Craig M. Principe
Assistant United States Attorney
201 N. Main St., Ste. 726
Winston-Salem, N.C. 27101
craig.principe@usdoj.gov

Mr. Graham Tod Green
Assistant United States Attorney
201 N. Main St., Ste. 726
Winston-Salem, N.C. 27101
Graham.green@usdoj.gov

Samuel J. Randall, IV
Randall & Stump, PLLC
2125 Southend Dr., Ste. 253
Charlotte, N.C. 28203
sam@randallstump.com

by electronically filing the document with the Clerk of Court on 13 December 2021 using the CM/ECF system, which will send notification of the filing to the parties listed above.

Respectfully submitted this the 13th day of December, 2021.

DANIEL M. BLAU
ATTORNEY AT LAW, PC

/s/ *Daniel M. Blau*
Attorney for Defendant
N.C. State Bar No. 36632
887A Washington Street
Raleigh, N.C. 27605
Telephone: 919-256-3606
dan@danblau.law

