UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:20-CR-208-WO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | UNOPPOSED MOTION TO EXTEND APPEAL DEADLINE |
| ALEXANDER HILLEL TREISMAN | |

Defendant Alexander Treisman moves this Court pursuant to Federal Rule of Appellate Procedure 4(b)(4) to extend his deadline for filing a notice of appeal in this case for thirty days. In support of this motion, Mr. Treisman shows the following:

1.      Mr. Treisman pled guilty on 10 March 2021 to one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and two counts of transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1).

2.      This Court held a sentencing hearing on 12 October 2021. At that hearing, this Court sentenced Mr. Treisman to an active term of 156 months in prison and scheduled a restitution hearing to be held on 7 January 2022 pursuant to 18 U.S.C. § 3664(d)(5). This Court entered a written judgment on 30 November 2021, with a restitution order to follow after the 7 January 2022 restitution hearing.

3.      Pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i), Mr. Treisman must file his notice of appeal from the criminal judgment by 14 December 2021. This deadline will run prior to entry of the forthcoming restitution order.

4.      Under Appellate Rule 4(b)(4), this Court may grant a 30-day extension of the deadline to file a notice of appeal for good cause shown.

5.      If this Court enters its restitution order after Mr. Treisman files a notice of appeal from the criminal judgment, Mr. Treisman would have to file a second notice of appeal after entry of the restitution order, which could cause procedural complications with the appeal and affect the appellate deadlines.  A 30-day extension for Mr. Treisman to file his notice of appeal would allow him to file one notice of appeal from the judgment and restitution order and avoid any other procedural complications related to the appeal.

6.      Assistant United States Attorneys Craig Principe and Graham Green represent the Government in this case.  Undersigned counsel has corresponded with Mr. Principe and Mr. Green about this motion, and Mr. Green has informed undersigned counsel that the Government does not object to this motion.  Attorney Samuel Randall, who represented Mr. Treisman throughout the District-Court proceedings, is also in agreement with this motion.

WHEREFORE, Defendant Alexander Treisman respectfully asks this Court to extend his deadline for filing a notice of appeal in this case by 30 days, to 13 January 2022.

Respectfully submitted this 13th day of December, 2021.

DANIEL M. BLAU
ATTORNEY AT LAW, PC

/s/ *Daniel M. Blau*
Attorney for Defendant
N.C. State Bar No. 36632
887A Washington Street
Raleigh, N.C. 27605
Telephone: 919-256-3606
dan@danblau.law

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this document upon:

Mr. Craig M. Principe                     Mr. Graham Tod Green
Assistant United States Attorney          Assistant United States Attorney
201 N. Main St., Ste. 726                 201 N. Main St., Ste. 726
Winston-Salem, N.C. 27101                 Winston-Salem, N.C. 27101
craig.principe@usdoj.gov                  Graham.green@usdoj.gov

Samuel J. Randall, IV
Randall & Stump, PLLC
2125 Southend Dr., Ste. 253
Charlotte, N.C. 28203
sam@randallstump.com

by electronically filing the document with the Clerk of Court on 13 December 2021 using the CM/ECF system, which will send notification of the filing to the parties listed above.

Respectfully submitted this 13th day of December, 2021.

DANIEL M. BLAU
ATTORNEY AT LAW, PC

/s/ *Daniel M. Blau*
Attorney for Defendant
N.C. State Bar No. 36632
887A Washington Street
Raleigh, N.C. 27605
Telephone: 919-256-3606
dan@danblau.law