```
 1                IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF NORTH CAROLINA
 2

 3  UNITED STATES OF AMERICA         ) Greensboro, North Carolina
                                     ) September 18, 2020
 4      vs.                          )
                                     )
 5  ALEXANDER HILLEL TREISMAN,       )
                                     ) Case No. 1:20CR208-1
 6      Defendant.                   )
    _____)
 7

 8              TRANSCRIPT OF INITIAL APPEARANCE
                BEFORE THE HONORABLE JOE L. WEBSTER
 9                 UNITED STATES MAGISTRATE JUDGE

10  APPEARANCES:

11  For the Government:   ERIC IVERSON, AUSA
                          Office of the U.S. Attorney
12                        251 N. Main Street, Suite 726
                          Winston-Salem, North Carolina 27101
13

14

15

16

17

18

19

20

21

22
    Court Reporter:    Joseph B. Armstrong, FCRR
23                     324 W. Market, Room 101
                       Greensboro, NC  27401
24
            Proceedings transcribed from audio recording.
25
```

Initial Appearance - September 18, 2020

```
1                    P R O C E E D I N G S
2              (Defendant present.)
3              MR. IVERSON:  The next matter will be the United
4    States versus Alexander Hillel Treisman, 1:20CR208.  This
5    matter is on for an initial appearance. There is a motion for
6    detention.
7              THE COURT:  Alright.  Thank you, sir.  Good morning.
8    is it -- Treisman?
9              THE DEFENDANT:  It's Treisman, yeah.
10             THE COURT:   I'm sorry for butchering your name.
11             THE DEFENDANT:  That's all right.
12             THE COURT:  All right.  You are here this morning
13   because you had been arrested on a warrant issued in connection
14   with a grand jury indictment that is dated June the 22nd, 2020.
15   It indicates that on about May 28, 2020, in Cumberland County,
16   which is in the Middle District of North Carolina -- it
17   indicates that Alexander Hillel Treisman, also known as
18   Alexander S. Theiss, did knowingly possess child pornography,
19   as defined in Title 18, United States Code, Section 2252A(a),
20   which had been shipped and transported using any means and
21   facility of interstate and foreign commerce and in and
22   affecting interstate and foreign commerce by any means,
23   including by computer, in violation of the federal law.
24             With respect to this charge, sir, you have the right
25   to remain silent.  You're not required to make any statements
```

1  or answer any questions that may be put to you, either in this
2  courtroom or outside of the courtroom.  However, if you do
3  choose to make any statements or answer any questions, you
4  should understand that your statements may be used against you.
5          Do you understand that?
6          **THE DEFENDANT:**  I do.
7          **THE COURT:**  All right.  And you also have the right
8  to have an attorney.  You can either hire your own or ask the
9  court to appoint one for you.  It's my understanding that you
10 have retained counsel, and is that the case?
11         **THE DEFENDANT:**  Yes, it is the case.
12         **THE COURT:**  And what is his or her name?
13         **THE DEFENDANT:**  Her name is Laura Cobb, C-O-B-B.
14         **THE COURT:**  Laura Cobb?
15         **THE DEFENDANT:**  Yes.
16         **THE COURT:**  And where is she located?
17         **THE DEFENDANT:**  She is in Concord in Cabarrus County.
18         **THE COURT:**  All right.  Thank you.
19         All right.  Well, do we have a -- I see in the file
20 here, I do see her name, and apparently she's entered and made
21 an appearance in this matter.
22         (Discussion between Court and deputy clerk.)
23         **THE COURT:**  Okay.  All right.  Thank you.
24         The Government is moving that you be detained in this
25 matter; and as a result of that, you have the right to have a

```
 1  detention hearing, which is a hearing to determine whether or
 2  not you should be able to get out of jail pending trial, and so
 3  I'm going to schedule that a week from today, September the
 4  25th, at 10:30 a.m. here in Durham.
 5          THE DEFENDANT:  All right.
 6          THE COURT:  And you need to notify counsel or your
 7  attorney of that date.  But it's a week from today,
 8  September 25, at 10:30 a.m. here in Durham.
 9          THE DEFENDANT:  We'll be ready.
10          THE COURT:  All right.  You'll also be arraigned on
11  that date.  And then, finally in cases where a defendant is
12  charged with a felony, I'm required to advise that if you're
13  not a United States citizen -- and what I'm about to tell you
14  right now is -- only applies if you're not a citizen -- you may
15  request an attorney for the Government or federal law
16  enforcement official notify a consular officer from your
17  country of nationality that you have been arrested.
18          Do you have any questions for me, sir?
19          THE DEFENDANT:  No, sir.
20          THE COURT:  All right.  That will conclude your
21  initial appearance.
22          (Proceedings concluded.)
23
24
25
```

Initial Appearance - September 18, 2020

```
 1                          * * * * *

 2                       C E R T I F I C A T E

 3        I certify that the foregoing is a correct transcript
          from the record of proceedings in the above-entitled
 4        matter.

 5

 6
                             _____
 7        Date: 04/04/2022   Joseph B. Armstrong, FCRR
                             United States Court Reporter
 8                           324 W. Market Street
                             Greensboro, NC  27401
 9
```