FILED: July 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4687
(1:20-cr-00208-WO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALEXANDER HILLEL TREISMAN, a/k/a Alexander S. Theiss

        Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Wynn, and Judge Quattlebaum.

        For the Court

        /s/ Patricia S. Connor, Clerk